```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-80460-CIV-RYSKAMP
                              MAGISTRATE JUDGE P.A. WHITE
ELVIN VIERA, JR.,             :

        Plaintiff,            :         REPORT OF
                                    MAGISTRATE JUDGE
                                      (DE#17 and 18)
TOWN OF LANTANA,              :

        Defendant(s).         :
_____
```

Defendant Scheller has filed a motion to dismiss in this civil rights case filed pursuant to 42 U.S.C. §1983 (DE#17). The plaintiff has filed a motion for leave to amend his complaint. (DE#18). In light of the plaintiff's pro-se status, it is therefore recommended as follows:

1. The plaintiff's motion for leave to amend (DE#18 ) should be granted to the extent that on or before August 29, 2008, the plaintiff shall submit a proposed amended complaint, to be screened by the Court.

2. The plaintiff shall clearly label the pleading as a "PROPOSED AMENDED COMPLAINT", and refer to Case No. 08-80460-Civ-Ryskamp.

3. The defendant's motion to dismiss should be dismissed without prejudice to re-file at a later date, to include the amended complaint. (DE#17)

4. The defendants may renew their motion to dismiss if the plaintiff fails to timely file his amended complaint.

5. The plaintiff is cautioned that failure to timely file the amended complaint shall result in the defendants renewing their motion to dismiss the original complaint, followed by a Report and Recommendation by the Undersigned Magistrate Judge.

Dated at Miami, Florida this 20th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Elvin Viera, Jr., Pro Se
    DC #65479
    Moore haven CI
    Address of Record

    George Roberts, Jr., Esq.
    Roberts, Reynolds et al
    Attorney of Record